**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **The Regents of the University of California and Eolas Technologies Incorporated,** | § § § § | |
| **Plaintiffs,** | § | Civil Action No. 6:12-cv-619 |
| | § § | |
| **vs.** | § § | **JURY TRIAL** |
| **Facebook, Inc.,** | § § | |
| **Defendant.** | § | |

## UNOPPOSED MOTION TO DISMISS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs The Regents of the University of California and Eolas Technologies Incorporated ("Plaintiffs") file this Unopposed Motion to Dismiss, requesting that the Court dismiss Plaintiffs' claims against Defendant WITH PREJUDICE with respect to the patents asserted in Plaintiffs' Complaint: United States Patent Nos. 5,838,906, 7,599,985, 8,082,293, and 8,086,662; and dismiss WITHOUT PREJUDICE as to any claims Plaintiffs may have, now or in the future based on any other unasserted patents, including, without limitation, any patents to issue from Application No. 13/292,434, filed November 9, 2011, or related applications.

Respectfully submitted,

**MCKOOL SMITH, P.C.**

*/s/  John B. Campbell*
Mike McKool
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA AND
EOLAS TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Local Rule CV-5(a)(3)(A).

*/s/ John B. Campbell*
John B. Campbell

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that the parties met and conferred on the relief sought in this Motion. Defendant does not oppose the relief requested in this Motion.

*/s/ John B. Campbell*
John B. Campbell